**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BRIGHT, ROOSEVELT<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-15897 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 04/22/05. The Trustee was appointed on 04/22/05. An order for relief under Chapter 7 was entered on 04/22/05.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 2/19/08 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 8,034.98

    b. DISBURSEMENTS (See Exhibit C)      $ 7.00

    c. NET CASH available for distribution      $ 8,027.98

    d. TRUSTEE/PROFESSIONAL COSTS
       1. Trustee compensation requested (See Exhibit E)    $ 1,553.50
       2. Trustee Expenses (See Exhibit E)      $ 60.00
       3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)      $ 4,470.31
    e. Illinois Income Tax for Estate (See Exhibit G)      $ 0.00

5.     The Bar Date for filing unsecured claims expired on 04/26/07.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 6,333.81

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 9,950.00

    e. Allowed unsecured claims      $ 18,424.90

7.     Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $4,470.31. The total of Chapter 7 professional fees and expenses requested for final allowance is $6,083.81. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $686.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 2/19/08                                          RESPECTFULLY SUBMITTED,


                                        By:/s/David E. Grochocinski
                                          DAVID GROCHOCINSKI, TRUSTEE
                                          1900 RAVINIA PLACE
                                          ORLAND PARK, IL  60462
                                          Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Roosevelt Bright



February 19, 2008



Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **General Administration** | | | | |
| 6/11/2005 | DEG | Review voluntary petition filed by Roosevelt Bright<br>General Administration | 0.50<br>350.00/hr | 175.00 |
| 6/15/2005 | DEG | Conduct 341 meeting; continued to 7/12/05; continued to 8/30/05<br>General Administration | 0.40<br>350.00/hr | 140.00 |
| 7/20/2005 | DEG | Prepare letter to Sandra Rasanak of U.S. Trustee regarding documents received and possible overreaching by investor<br>General Administration | 0.80<br>350.00/hr | 280.00 |
| 8/5/2005 | DEG | Review Motion for Redemption under 11 USC 722 filed by Jeffrey Benson on behalf of Roosevelt Bright<br>General Administration | 0.50<br>350.00/hr | 175.00 |
| 8/8/2005 | DEG | Review docket/claims register<br>General Administration | 0.80<br>350.00/hr | 280.00 |
| 8/15/2005 | DEG | Review Motion of U.S. Trustee for Extension of Time to Object to Discharge and to File Motion to Dismiss<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| 9/28/2005 | DEG | Review email from Cameron Gulden and respond to same regarding documentation received<br>General Administration | 0.30<br>350.00/hr | 105.00 |
| 10/24/2005 | DEG | Email Cameron Gulden regarding continued 341 meeting and intent to file no-asset report<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| | DEG | Email Jeffrey Benson regarding intent to file no-asset report and meeting with U.S. Trustee's office<br>General Administration | 0.30<br>350.00/hr | 105.00 |
| | DEG | Review email from Cameron Gulden regarding filing of no-asset report<br>General Administration | 0.20<br>350.00/hr | 70.00 |



Roosevelt Bright                                                                                            Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2005 | DEG | Prepare Application to Employ Attorneys<br>General Administration | 0.80<br>350.00/hr | 280.00 |
| 12/6/2005 | DEG | Review of email from John Kotleski of Legalhelpers regarding continued meeting date and request for clarification of status of case<br>General Administration | 0.50<br>350.00/hr | 175.00 |
| 7/24/2006 | DEG | Letter and documents to accountant for tax return preparation<br>General Administration | 0.80<br>350.00/hr | 280.00 |
|  | DEG | Review report from US Trustee; believes should avoid transfers; review documents and case law<br>General Administration | 2.30<br>375.00/hr | 862.50 |
| 7/31/2006 | DEG | Letter to Michalak regarding avoidance of transfers and demand for money<br>General Administration | 0.50<br>375.00/hr | 187.50 |
| 6/5/2007 | DEG | Review and sign Release<br>General Administration | 1.00<br>350.00/hr | 350.00 |
| 12/15/2007 | DEG | Review claim docket in advance of preparation of final report<br>General Administration | 1.00<br>375.00/hr | 375.00 |
| 2/19/2008 | DEG | Review letter from accountant regarding no tax and invoice regarding same<br>General Administration | 0.30<br>375.00/hr | 112.50 |
|  | DEG | Prepared final report<br>General Administration | 2.80<br>375.00/hr | 1,050.00 |
|  | SUBTOTAL: |  | [   14.20 | 5,142.50] |
|  | For professional services rendered |  | 14.20 | $5,142.50 |

## TRUSTEE COSTS

1) **TRACT SEARCH** **$60.00**

**TOTAL COSTS** **$60.00**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $         8,034.98 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $            525.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $         3,500.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-15897 JS  
**Case Name:** BRIGHT, ROOSEVELT  

**Period Ending:** 02/19/08

**Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 04/22/05 (f)  
**§341(a) Meeting Date:** 06/15/05  
**Claims Bar Date:** 04/26/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TCF BANK | 0.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | 300 CDS | 900.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 5 | WATCH | 15.00 | 0.00 | | 0.00 | FA |
| 6 | BICYCLE | 50.00 | 0.00 | | 0.00 | FA |
| 7 | TERM LIFE INS. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION | Unknown | Unknown | | 0.00 | FA |
| 9 | 2 SHARES BURLINGTON NORTHERN STOCK | 60.00 | 0.00 | | 0.00 | FA |
| 10 | 1999 DODGE CONCERSION VAN | 6,300.00 | 0.00 | | 0.00 | FA |
| 11 | CAT | 0.00 | 0.00 | | 0.00 | FA |
| 12 | POSSIBLE FRAUDULENT TRANSFER  (u) | Unknown | Unknown | | 8,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 34.98 | Unknown |
| 13 | **Assets**   Totals (Excluding unknown values) | **$9,125.00** | **$0.00** | | **$8,034.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

    SENT ASSET NOTICE WITH DELAY REQUESTED 1/20/06  
    INVESTIGATION OF FRAUDULENT TRANSFER VERSUS PURCHASER OF REAL ESTATE

Printed: 02/19/2008 11:55 AM    V.10.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-15897 JS  
**Case Name:** BRIGHT, ROOSEVELT  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 04/22/05 (f)  
**§341(a) Meeting Date:** 06/15/05  

**Period Ending:** 02/19/08  
**Claims Bar Date:** 04/26/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

ADVERSARY VS. TRANSFER 06A 01300 HAS BEEN SETTLED FOR $8,000; AWAITING FINAL TAX RETURN

**Initial Projected Date Of Final Report (TFR):** December 30, 2007      **Current Projected Date Of Final Report (TFR):** June 30, 2008

Printed: 02/19/2008 11:55 AM      V.10.03

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05B-15897 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | BRIGHT, ROOSEVELT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****88-65 - Money Market Account |
| Taxpayer ID #: | 13-7563890 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/19/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/18/07 | {12} | ERIK MICHALAK | SETTLEMENT PER ORDER OF 5/18/07 | 1241-000 | 8,000.00 | | 8,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.28 | | 8,001.28 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.13 | | 8,005.41 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.55 | | 8,009.96 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.41 | | 8,014.37 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.99 | | 8,018.36 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.70 | | 8,023.06 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.17 | | 8,027.23 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.08 | | 8,031.31 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.67 | | 8,034.98 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-15897, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 7.00 | 8,027.98 |
| | | | ACCOUNT TOTALS | | 8,034.98 | 7.00 | $8,027.98 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,034.98 | 7.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,034.98 | $7.00 | |

{} Asset reference(s)

Printed: 02/19/2008 11:55 AM    V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-15897 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | BRIGHT, ROOSEVELT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****88-66 - Checking Account |
| Taxpayer ID #: | 13-7563890 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/19/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :       8,034.98
                   _____
Net Estate :         $8,034.98
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****88-65** | 8,034.98 | 7.00 | 8,027.98 |
| **Checking # ***-*****88-66** | 0.00 | 0.00 | 0.00 |
| | $8,034.98 | $7.00 | $8,027.98 |

{} Asset reference(s)                                    Printed: 02/19/2008 11:55 AM    V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BRIGHT, ROOSEVELT<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-15897 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,333.81 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 1,694.17 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 8,027.98 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 6,333.81 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | CLERK, U.S. BANKRUPTCY COURT | 250.00 | 250.00 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 80.31 | 80.31 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,520.00 | 3,520.00 |
| ADMIN4 | DAVID GROCHOCINSKI, TRUSTEE | 60.00 | 60.00 |
| ADMIN5 | DAVID GROCHOCINSKI, TRUSTEE | 1,553.50 | 1,553.50 |
| ADMIN6 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 870.00 | 870.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|   |   |   |   |
|---|---|---|---|
|   | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

|  |  |  | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 9,950.00 | 17.03% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 002 | IRS | 9,950.00 | 1,694.17 |
| | | TOTAL $ | 1,694.17 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 18,424.90 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | CAPITAL ONE AUTO FINANCE | 16,624.90 | 0.00 |
| 002 | IRS | 1,800.00 | 0.00 |
| | | TOTAL $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF** | **CLAIM** | | | **DISALLOWED AMOUNT /WITHDRAWN** |
|---|---|---|---|---|
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____
                                                                               DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 80.31 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,520.00 | |
|  | | | 3,600.31 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 870.00 | |
|  | | | 870.00 |
| **Attorney for Debtor** | | | |
|  | | | 0.00 |
| **Other Professionals** | | | |
|  | | | 0.00 |
| TOTALS | $ 0.00 | $ 4,470.31 | $ 4,470.31 |

EXHIBIT F