**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BRIGHT, ROOSEVELT<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-15897 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Courtroom 2000
         Wheaton, Illinois 60187

    on:  **May 30, 2008**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $           8,034.98

    b. Disbursements                         $               7.00

    c. Net Cash Available for Distribution   $           8,027.98

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| CLERK, U.S. BANKRUPTCY COURT (US Bankruptcy Court ) | 0.00 | $250.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $80.31 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $3,520.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $60.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $1,553.50 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $870.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,950.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 17.03%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | IRS | $ 9,950.00 | $ 1,694.17 |

7.  Claims of general unsecured creditors totaling $18,424.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | CAPITAL ONE AUTO FINANCE | $ 16,624.90 | $ 0.00 |
| 002 | IRS | $ 1,800.00 | $ 0.00 |

8.  Proposed dividends are approximations. Actual dividends may

       differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor and household goods

Dated: April 22, 2008

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE:<br>BRIGHT, ROOSEVELT<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-15897 JS<br><br>JUDGE JOHN SQUIRES |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $        1,553.50 |
| 2. | Trustee's expenses | $             60.00 |
| | TOTAL | $        1,613.50 |
| 3. | Chapter 11 Trustee's compensation | $               0.00 |
| 4. | Chapter 11 Trustee's expenses | $               0.00 |
| | TOTAL | $               0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $        3,520.00 |
| | b. Expenses | $             80.31 |
| | c. Chapter 11 Compensation | $               0.00 |
| | d. Chapter 11 Expenses | $               0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $           870.00 |
| | b. Expenses | $               0.00 |
| | c. Chapter 11 compensation | $               0.00 |

   d. Chapter 11 Expenses                $   0.00

3.  Other Professionals

                  TOTAL    $  4,470.31

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this    day of       , 200   .

        ENTERED             
             JOHN SQUIRES
             UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

5897    Doc 51    Filed 04/22/08    Entered 04/25/08 00:01:14    Desc Imaged
Certificate of Service    Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1           Date Rcvd: Apr 22, 2008
Case: 05-15897                 Form ID: pdf002              Total Served: 14

The following entities were served by first class mail on Apr 24, 2008.
db           +Roosevelt Bright,    1300 Melody Lane,    Naperville, IL 60564-8199
aty          +Jeffrey L Benson,    Law Offices of Jeffrey Benson,    3337 W 95th St  Suite 2,
               Evergreen Park, IL 60805-2234
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
9336896      +AT&T Wirless,    P O Box 8220,    Aurora, IL 60572-8220
9336897      +Capital One,    P O Box 60000,    Seattle, WA 98190-6000
9208776      +Capital One Auto Finance,    P.O. Box 93016,    Long Beach, CA 90809-3016
9208777     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  IRS,   Mail Stop 5010 CHI,   230 S. Dearborn Street,
               Chicago, IL 60604)
9336898      +Mid-America Management,    2901 Butterfield Road,    Oak Brook, IL 60523-1106
9336899      +Sallie Mae,    P O Box 9500,    Wilkes Barre, PA 18773-9500
9336900      +Sam's Club,    P O Box 105980,    Atlanta, GA 30353-5980
9336902      +Wells Fargo Financial,    17645 S Torrence Ave,    Lansing, IL 60438-4839
The following entities were served by electronic transmission on Apr 23, 2008.
11146796     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 23 2008 03:48:49
               Capital One Auto Finance,    c/o Ascension Capital Group,    POB 201347,
               Arlington, TX 76006-1347
9370672      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 23 2008 03:48:59
               Capital One Auto Finance Department,    c/o Ascension Capital Group Ltd,    P O Box 201347,
               Arlington, TX 76006-1347
9336900      +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2008 03:49:25     Sam's Club,    P O Box 105980,
               Atlanta, GA 30353-5980
9336901      +E-mail/PDF: BankruptcyEBN@afninet.com Apr 23 2008 03:50:24     Verizon,    P O Box 11328,
               Saint Petersburg, FL 33733-1328
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2008**          **Signature:** *Joseph Speetjens*