# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05B-15897 JS  
**Case Name:** BRIGHT, ROOSEVELT  

**Taxpayer ID #:** 13-7563890  
**Period Ending:** 07/11/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****88-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/07 | {12} | ERIK MICHALAK | SETTLEMENT  PER ORDER OF 5/18/07 | 1241-000 | 8,000.00 | | 8,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.28 | | 8,001.28 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 4.13 | | 8,005.41 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 4.55 | | 8,009.96 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 4.41 | | 8,014.37 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 3.99 | | 8,018.36 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 4.70 | | 8,023.06 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 4.17 | | 8,027.23 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 4.08 | | 8,031.31 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 3.67 | | 8,034.98 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-15897, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 7.00 | 8,027.98 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 1.64 | | 8,029.62 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.50 | | 8,031.12 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.12 | | 8,032.24 |
| 05/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.94 | | 8,033.18 |
| 05/28/08 | | To Account #********8866 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 8,033.18 | 0.00 |

                                                      **Subtotals :**     **$8,040.18**     **$8,040.18**

{} Asset reference(s)                                                      Printed: 07/11/2008 10:04 AM     V.10.03

Case 05-15897 Doc 54-2 Filed 08/07/08 Entered 08/07/08 08:55:08 Desc Exhibit
Page 2 of 4

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05B-15897 JS  
**Case Name:** BRIGHT, ROOSEVELT  

**Taxpayer ID #:** 13-7563890  
**Period Ending:** 07/11/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****88-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 8,040.18 | 8,040.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,033.18 | |
| | | | **Subtotal** | | 8,040.18 | 7.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,040.18** | **$7.00** | |

{} Asset reference(s)

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05B-15897 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | BRIGHT, ROOSEVELT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****88-66 - Checking Account |
| Taxpayer ID #: | 13-7563890 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/11/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/28/08 | | From Account #********8865 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 8,033.18 | | 8,033.18 |
| 06/02/08 | 101 | CLERK, U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 7,783.18 |
| 06/02/08 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $80.31, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 80.31 | 7,702.87 |
| 06/02/08 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $3,520.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,520.00 | 4,182.87 |
| 06/02/08 | 104 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $60.00, Trustee Expenses;  Reference: | 2200-000 | | 60.00 | 4,122.87 |
| 06/02/08 | 105 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,553.50, Trustee Compensation;  Reference: | 2100-000 | | 1,553.50 | 2,569.37 |
| 06/02/08 | 106 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $870.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 870.00 | 1,699.37 |
| 06/02/08 | 107 | IRS | Dividend paid  17.07% on $9,950.00; Claim# 002; Filed: $9,950.00; Reference: | 5800-000 | | 1,699.37 | 0.00 |

| | | | | Subtotals : | **$8,033.18** | **$8,033.18** |

{} Asset reference(s)

Printed: 07/11/2008 10:04 AM     V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05B-15897 JS  
**Case Name:** BRIGHT, ROOSEVELT  
**Taxpayer ID #:** 13-7563890  
**Period Ending:** 07/11/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****88-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 8,033.18 | 8,033.18 | $0.00 |
| | | | Less: Bank Transfers | | 8,033.18 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,033.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,033.18** | |

```
Net Receipts :      8,040.18
                 _____
Net Estate :       $8,040.18
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****88-65** | 8,040.18 | 7.00 | 0.00 |
| **Checking # ***-*****88-66** | 0.00 | 8,033.18 | 0.00 |
| | $8,040.18 | $8,040.18 | $0.00 |

{} Asset reference(s)                                                      Printed: 07/11/2008 10:04 AM    V.10.03